# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02684-RBJ-NYW

CARMELITA EDWARDS, individually and as Personal Representative of the Estate of Tonda Edwards,

    Plaintiff,

v.

DAVITA HEALTHCARE PARTNERS, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER [ECF No. 23] of Judge R. Brooke Jackson entered on December 13, 2016, it is

    ORDERED that Defendants' Motion to Dismiss [ECF No. 193 in case 13-cv-00573-RBJ-KMT] is GRANTED.   It is

    FURTHER ORDERED that

    FURTHER ORDERED that this civil action is dismissed with prejudice.   It is

    FURTHER ORDERED that as the prevailing party, the defendants are awarded costs pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 14th day of December, 2016.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes

J. Dynes
Deputy Clerk